UNITED STATES LEASING AND HOLDING COMPANY, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*U. S. Leasing & Holding Co. v. N. Y. C. & H. R. R. R. Co.*, 158 App. Div. 875, affirmed.

(Argued April 24, 1916; decided May 9, 1916.)

APPEAL from a judgment, entered October 13, 1913, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint which alleged that the defendant by reason of its operations created and maintained a nuisance in the form of noxious gases and smoke which passed upon plaintiff's premises, and disturbing noises and odors arising therefrom, by reason of which the persons entitled to the rentals of the property suffered heavily because of the fact that tenants left the property and its rental value diminished. The answer denied the allegations of the complaint in so far as they charge the existence of a nuisance, asserting that the operations

conducted by the defendant were those naturally and usually incident to the maintenance and operation of a railroad system.

*Joseph A. Shay* and *Emerich Kohn* for appellant.

*Robert A. Kutschbock* and *Alex. S. Lyman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN and CARDOZO, JJ. Dissenting: SEABURY, J.